# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

SHANNON GERRAUGHTY

**WARRANT FOR ARREST**

00-4216-BSS

FILED by D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    SHANNON GERRAUGHTY
                                                                                   Name

and bring her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging her with (brief description of offense)   knowingly executing a scheme and artifice to defraud a financial institution and to obtain moneys under the control of said institution(s) by means of false pretenses and representations,

in violation of Title   18   United States Code, Section(s)  1344 and 2

BARRY S. SELTZER                             UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                  Title of Issuing Officer

                                                                      Fort Lauderdale, Florida - 9/5/00
Signature of Issuing Officer                              Date and Location

BSS
Bail fixed at $ 100,000 corporate            by UNITED STATES MAGISTRATE JUDGE
surety bond with Nebbia                          Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |