-cr-06279-DTKH    Document 3    Entered on FLSD Docket 09/12/2000    F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

           Plaintiff

      v.

Shannon Gerraughty   Defendant

CASE NO.

CC-4216-BSS

REPORT COMMENCING CRIMINAL ACTION

626299-CCU

FILED for action
MAG. SEC
AFC  D.C.

SEP 11 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. MIAMI

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will
be indicated as "N/A".

1. Date and time of arrest: _____ 9/8/00   6:14pm _____

2. Spoken language: _____ English _____

3. Offense(s) charged: _____ Title 18, USC Section 1344 _____

4. U.S. Citizen          ☒ YES          ☐ NO          ☐ UNKNOWN

5. Date of birth: _____ 2/27/1977 _____

6. Type of charging document: (Check One)
   ☐ INDICTMENT          ☒ COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO. _____          CASE NO. CC-4216-BSS

   DISTRICT: SDF _____          (Where warrant or complaint is filed.)

   ☐ BENCH WARRANT FOR FAILURE TO APPEAR

   ☐ PROBATION VIOLATION WARRANT

   ☐ PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☒ YES   ☐ NO

   AMOUNT OF BOND. $100,000.00   corporate surety bond

   WHO SET BOND. _____

7. REMARKS: _____

_____

8. DATE: 9/8/00

9. Daniel Tejada
   ARRESTING OFFICER

10. AGENCY: FBI

11. 305/944-4101
    PHONE NO.

3/
mq

DATE: _9/8/00_

MAGISTRATE: _BTB_

AUSA: _Matt Dates_

OFFENSE: _counter $ - complaint warrant_

DEFENDANT _Shannon GERRAUGHTY_

CIRCUMSTANCES_ _aunt & sister in Ft. L._
_returning from Puerto Rico_

BOND RECOMMENDED: _$100,000 CSw/N_

BOND SET: _OK_

DEFENDANT _____

CIRCUMSTANCES_____

BOND RECOMMENDED:_____

BOND SET:_____

DEFENDANT _____

CIRCUMSTANCES_____

BOND RECOMMENDED:_____

BOND SET:_____