AO 442 (Rev. 12/85) Warrant for Arrest          AUSA STEFIN/TEJADA, FBI

# United States District Court

SOUTHERN DISTRICT OF FLORIDA  50766    42

UNITED STATES OF AMERICA

V.

SHANNON GERRAUGHTY

**WARRANT FOR ARREST**

00-7216-BSS

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SHANNON GERRAUGHTY _____
Name

and bring her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging her with (brief description of offense) knowingly executing a scheme and artifice to defraud a financial institution and to obtain moneys under the control of said institution(s) by means of false pretenses and representations,

in violation of Title __18__ United States Code, Section(s) __1344 and 2__

BARRY S. SELTZER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

(signature)
Signature of Issuing Officer

Fort Lauderdale, Florida - 9/5/00
Date and Location

Bail fixed at $ 100,000 corporate
surety bond with Nebbia

by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/6/00 | James A. Tassone | |
| DATE OF ARREST | United States Marshal<br>Southern District of Florida | |
| 9/8/00 | | Glenn Morgan, ASDUSM |