UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4216-Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON GERRAUGHTY,

    Defendant.
_____/

FILED by ___ D.C.
SEP 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### DEFENDANT'S MOTION TO MODIFY BOND

Defendant Shannon Gerraughty, through undersigned counsel, moves this Court for a modification of bond, and in support thereof states:

1. On September 11, 2000, Defendant had her initial appearance before this Court wherein the Court set a fifty thousand corporate surety bond.

2. Undersigned counsel has contacted family members of the Defendant that are willing to co-sign a bond on Defendant's behalf.

3. Defendant does not presently have the ability to meet the bond as set by the Court but believes that with the assistance of family members can provide the Court with sufficient security for the Court to issue a personal surety bond.

                Respectfully submitted,
                KATHLEEN M. WILLIAMS
                Federal Public Defender

                By: _____
                Orlando do Campo
                Assistant Federal Public Defender
                Florida Bar No. 156582
                150 West Flagler Street, Suite 1700
                Miami, Florida 33130-1550
                Phone/Fax (305) 530-7000/536-4559



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was mailed this 13th day of September, 2000 to the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33128.

Orlando do Campo