UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. __OO- 42l6 - BSS__

UNITED STATES OF AMERICA,

v.                                    **ORDER ON BOND MOTION**

Shannon Gerraughty

       This Cause came before the Court upon motion of the
(defendant)(government) to (reduce)(increase)(modify) the bond.
Upon consideration, it is
       **ORDERED AND ADJUDGED** as follows:
_____ The motion is **denied**; bond remains at _____
_____ The motion is **granted**; bond is set at:
_____ Personal Surety, unsecured, in the amount of
_____
   ✓  Personal Surety in the amount of  $ 50 K
       with 10% posted with Clerk of Court.
_____ Full Cash in the amount of $_____
_____ Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following
special conditions are hereby imposed:
 ✓ **Surrender all passports & travel documents to Pretrial Services.**
 ✓ **Travel restricted to SD/Fla.**
 ✓ **Report to Pretrial Services as follows:** $\supset X$ **weekly in person;**
    $\supset X$ **weekly by phone.**
__ **Submit to random urine testing by Pretrial Services for the use**
    **of non-physician-prescribed substances prohibited by law.**
 ✓ **Maintain/actively seek full-time employment or educational**
    **program.** w/n 30 days
__ **Avoid all contact with victims of or witnesses to the crimes**
    **charged.**
__ **Refrain from possessing a firearm, destructive device or other**
    **dangerous weapon.**
__ **Curfew imposed seven days a week from _____PM to _____AM,**
__ **Curfew to be electronically monitored at _____ expense.**
__ **Stay away from all commercial transportation facilities**
**(marinas, airports, bus terminals).**
__ **Comply with the following additional special conditions of this**
**bond:_____**
**If bond is changed from that set in another District, the reason**
**pursuant to Rule 40(f) is:_____**
**DONE AND ORDERED** at Miami, Florida this 14th day of Sept. 20
**00.**
TAPE NO. OOD - 40-630

c:AUSA, Defense,                    UNITED STATES MAGISTRATE JUDGE
   Pretrial Svcs, Marshal                STEPHEN T. BROWN