**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-4216-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON GERRAUGHTY,

    Defendant.
_____/

## MOTION FOR LEAVE TO AMEND GOVERNMENT'S EMERGENCY MOTION TO MODIFY BOND

The United States of America, by and through the undersigned Assistant United States Attorney, files this Motion for Leave to Amend Government's Emergency Motion to Modify Bond in the above-styled cause. In support thereof, the Government states the following:

1. On September 14, 2000, the Government filed an Emergency Motion to Modify Bond in the above-styled cause.

2. In the caption of the case, the undersigned inadvertently misidentified the defendant as "**SHANNON DAUGHERTY**." The correct name of the defendant is Shannon Gerraughty.

3. Given the aforesaid inadvertent error, the undersigned respectfully requests leave of the Court to amend the previously-filed Emergency Motion to Modify Bond.



**WHEREFORE**, the Government respectfully requests that the Court grant the government's Motion for Leave to Amend Government's Emergency Motion to Modify Bond.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *William H. Bryan III*
William H. Bryan III
Assistant United States Attorney
Florida Bar No. 45012
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9280
Fax: (305) 530-7087
William.Bryan3@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via facsimile and United States mail this 14th day of September, 2000 to Orlando do Campo, Assistant Federal Public Defender, 150 West Flagler Street, Suite 1700, Miami, Florida 33130-1550.

*William H. Bryan III*
WILLIAM H. BRYAN III
ASSISTANT U.S. ATTORNEY