UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-Ryskamp

UNITED STATES OF AMERICA

vs

Shannon Garraughty

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-25-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:   Address: in Custody

Telephone: _____

DEFENSE COUNSEL:   Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ Cont'd in custody

Bond hearing held: yes____ no____   Bond hearing set for_____

Dated this 25 day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-072

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services