COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER, FORT LAUDERDALE

CASE NO: 00-6279-CR-KLR
~~00-4216-BSS~~

DEFT: Shannon Gerraughty (J)# 66299-004
AUSA: Roger Stefin Thompson
AGENT:
PROCEEDING: Arraignment
ATTNY: FPD Pat Hunt
VIOL:
BOND REC:
COUNSEL APPOINTED:

REC'D by _____ D.C.
SEP 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

SEP 25 2000

BOND HEARING HELD - yes/no
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived

NEXT COURT APPEARANCE:         DATE:          TIME:           JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 10-25-00    10:00am    LRJ (unsealed)
STATUS CONFERENCE:

DATE: 9-25-00    TIME: 11:00am    TAPE # 00-OB   PG # 5
2770-2335

15