UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6279 CR Ryskamp/Johnson

UNITED STATES OF AMERICA,

vs

SHANNON GARRAUGHTY

Defendant.

_____/

CLERK'S NOTICE CORRECTING CLERICAL ERROR

Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's assignment process, the above referenced case was INCORRECTLY assigned on the cover sheet and pleadings as Case Number 00-6279 CR Ryskamp/Johnson.

The correct Case Number is 00-6279 CR Hurley/Vitunac. Therefore, all papers submitted for filing shall bear the CORRECTED case number and judicial officer as follows:

00-6279 CR Hurley/Vitunac.

Entered in West Palm Beach, Florida, this 26th day of September, 2000.

CLARENCE MADDOX, Clerk

By: _____
Deputy Clerk

cc: District Judges
    Magistrate Judges
    William H. Bryan, III, AUSA
    Patrick M. Hunt, AFPD