UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-RYSKAMP
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON GERRAUGHTY,

    Defendant(s).
_____/

### ORDER

**THIS MATTER** was before the court upon the United States' Motion for Leave to Amend Government's Emergency Motion to Modify Bond filed on September 14, 2000. This Court being otherwise fully advised in the premises it is hereby ORDERED AND ADJUDGED that the aforementioned motion is hereby granted.

Done and Ordered at Miami, Florida this 27th day of September, 2000.



STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Kenneth L. Ryskamp
    Orlando do Campo, AFPD
    William Bryan, AUSA