UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

SHANNON GERRAUGHTY,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.
Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    _____
    Lori Barrist
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 374504
    400 Australian Ave. N., Ste 300
    West Palm Beach, FL 33401
    TEL:(561) 833-6288
    FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 3RD day of October, 2000, to United States Attorney's Office, 701 Clematis Street, West Palm Beach, FL 33401.

    _____
    Lori Barrist