# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 10/25/00   TIME: 9:30 AM - 9:40am

DEFT. SHANNON GARRAUGHTY (J)   CASE NO. 00-6279-CR-HURLEY/VITUNAC
(Defendant, not required)
*Richard Brown for*
AUSA. ROGER STEFIN   ATTY. *Robin Rosen, AFPD for* LORI BARRIST, AFPD

AGENT. TEJADA - FBI   VIOL. BANK FRAUD 18:1344, 2

PROCEEDING STATUS RE: DISCOVERY   BOND. $50,000 W/10% (Not posted)

DISPOSITION   Status Conf set 11/7/00 before Judge Hurley

*Gvt stated Discovery was out. Possible plea*
*No pending motions.*

DATE: 10/25/00   TAPE: LRJ-00- 96-1882