TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __SHANNON GARRAUGHTY__

                                          CASE NO. __00-6279__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __October 25, 2000__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

__✓__ There are no discovery problems *but the discovery is late*

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __3__ days to complete.

_____ Other comments:

                                           Respectfully submitted,

                                           LINNEA R. JOHNSON
                                           CHIEF U. S. MAGISTRATE JUDGE