UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

SHANNON GERRAUGHTY,

    Defendant.
_____/

### NOTICE OF PLEA HEARING

The defendant, Shannon Gerraughty, through counsel, hereby notifies the court that she will enter a guilty plea on Friday, January 5, 2001, at 1:30 p.m., before the district court.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    */s/ Lori Barrist*
    Lori Barrist
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 374504
    400 Australian Ave. N., Ste 300
    West Palm Beach, FL 33401
    TEL:(561) 833-6288
    FAX:(561) 833-0368



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 7TH day of November 2000, to Roger Stefin, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, FL 33301; and Shannon Gerraughty, Pouch 3315, Cell RA05, Palm Beach County Jail, P. O. Box 24716, West Palm Beach, FL 33416.

_____
Lori Barrist