# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY


FILED by _____ D.C.
JAN - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===============================================

Case No. 00-6279-CR            Date January 5, 2001

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: English       Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Shannon Gerraughty

AUSA: Roger H. Stefin      DEFENSE COUNSEL: AFPD Lori Barrist

TYPE OF HEARING: Change of plea from not guilty to guilty as to Count XI of the indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, February 16, 2001, at 10:30 a.m.

28