UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    )
   vs.    )
       )    CRIMINAL CASE NO. __00-6279-CR-HURLEY__
SHANNON GARRAUGHTY    )

FILED by ___ D.C.
JAN - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF SENTENCING DATE

TO: Above named Defendant

By direction of the Honorable __Daniel T. K. Hurley__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __FRIDAY, FEBRUARY 16__, 20__01__ at __10:30__ A. M. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom __5__,

   ☐ 301 N. Miami Avenue, Miami FL 33128-7788
   ☒ 701 Clematis Street, WPB, FL 33401

Where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you <u>report immediately to the United States Probation Office of this Court</u> for Interview and further instructions.

                                               Clerk, United States District Court

DATE: __JANUARY 5, 2001__
COUNSEL: __AFPD LORI BARRIST__
RECEIVED: __[signature] Shannon Garraughty__ (Defendant)    By: __[signature]__ COURTROOM DEPUTY CLERK

GUILTY PLEA  (X)    BOND  ( )    TO COUNTS: __XI__
TRIAL  ( )    FEDERAL CUSTODY  ( )    TO TOTAL COUNTS: __ONE__
NOLO PLEA  ( )    STATE CUSTODY  ( )    ASST. U.S. ATTY. __AUSA ROGER H. STEFIN__
                USM CUSTODY  (XX)