UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6279-CR-HURLEY

UNITED STATES OF AMERICA,
           Plaintiff,

vs.

SHANNON GERRAUGHTY,
           Defendant.
_____/

## CLARIFICATIONS TO PRESENTENCE REPORT

The defendant, Shannon Gerraughty, through counsel, files the following clarifications to the presentence report, and in support says:

1. **Paragraph 7**: The defendant believes she made the cash withdrawals over a several day period, and not all at once.

2. **Paragraph 32**: The defendant's aunt's husband's name is Jim, not Jeff.

3. **Paragraph 46**: The defendant knows she worked at some gas station located at Riverside Drive and Sample Road, although it may not have been a Mobil. She lived in the apartments across the street, and worked at a gas station.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Lori E. Barrist
Assistant Federal Public Defender
Florida Bar No.: 374504
400 Australian Avenue, Suite 300
West Palm Beach, Florida 33401
Tel.:561 833-6288/Fax: 561 833-0368

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served by U.S. mail upon Roger Stefin, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394 and via FAX and U.S. mail to Scott Kirsche, United States Probation Officer, 501 S. Flagler Drive, Suite 400, West Palm Beach, Florida 33401 on this _9th_ of February, 2001.

_____
Lori E. Barrist

R:\WPalmBch\GERRAUGHTY-PSI-OBJ.wpd