PROB 12A
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

Report on Offender Under Supervision



Name of Offender: Shannon Gerraughty    Case Number: 0:00CR06279-001

Name of Sentencing Judicial Officer: The Honorable Daniel K. Hurley, United States District Judge, West Palm Beach, Florida

Date of Original Sentence: February 26, 2001

Original Offense:   Bank Fraud, in violation of 18 U.S.C. §1344, a Class B felony

Original Sentence:  One year and one day in the custody of the Bureau of Prison, followed by 3 years supervised release. The following special conditions were imposed: (1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer; (2) The defendant shall maintain full time, legitimate employment and not be unemployed for a term of than 30 days, unless excused by the U.S. Probation Officer; (3) The defendant shall submit to a search of her person or property; and (4) The defendant shall pay restitution in the amount of $11,958.63.

Type of Supervision:  Supervised Release    Date Supervision Commenced: July 23, 2001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing a controlled substance. On or about August 6, 2001, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and subsequently confirmed positive by PharmChem Laboratories, Incorporated. Furthermore, the supervised releasee signed an Admission of Drug Use Form admitting to the use of cocaine. |

U.S. Probation Officer Action:

    Ms. Gerraughty began her term of supervised release on July 23, 2001. On August 6, 2001, Ms. Gerraughty reported for her intake appointment. She provided a urine specimen which tested positive for the presence of cocaine. On August 9, 2001, Ms. Gerraughty was confronted with the use of cocaine, she initially denied using cocaine, however on August 17, 2001, she admitted to this officer that she has smoked cocaine since her release. She signed an Admission of Drug Use Form and was sanctioned to report two times per week for sixty days to the probation office for drug testing. Ms. Gerraughty has been scheduled to attend Compass Health Systems for outpatient drug treatment. She will attend weekly group sessions and bi-weekly individual counseling sessions. Ms. Gerraughty was instructed that if she submits another positive urine specimen it will be recommended that she be placed in a community corrections center.

    If Your Honor is in agreement with this officer's action, please affix your signature below.

Respectfully submitted,

by *[signature]*

Barbra Somoano
U.S. Probation Officer
Phone: 954-769-5576
Date: August 20, 2001

BJS

Reviewed by:

*[signature]*
Beverly Young, Supervising
United States Probation Officer

---

[X]   Concur with action(s) taken by the U.S. Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for _ Warrant or _ Summons

*[signature: Daniel T. K. Hurley]*
Signature of Judicial Officer

August 22, 2001
Date