PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 65330

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **0:00CR06279-001**



FILED by ___ D.C.
APR 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Shannon Gerraughty

Name of Sentencing Judicial Officer: The Honorable Daniel K. Hurley, United States District Judge, West Palm Beach, Florida

Date of Original Sentence: February 16, 2001

Original Offense:    Bank Fraud, in violation of 18 U.S.C. §1344, a Class B felony

Original Sentence:   One year and one day in the custody of the Bureau of Prison, followed by 3 years supervised release. The following special conditions were imposed: (1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer; (2) The defendant shall maintain full time, legitimate employment and not be unemployed for a term of less than 30 days, unless excused by the U.S. Probation Officer; (3) The defendant shall submit to a search of her person or property; and (4) The defendant shall pay restitution in the amount of $11,958.63.

Type of Supervision: Supervised Release        Date Supervision Commenced: July 23, 2001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to satisfy the court-ordered restitution. On or about February 26, 2001, restitution in the amount of $11,958.63 was ordered by the court to be paid at the direction of the U.S. Probation Officer. On or about September 21, 2001, the supervised releasee executed a financial obligation agreement in the amount of $25 per month to commence October 1, 2001, and to date, has failed to comply with the agreement and is currently five (5) months in arrears in the amount of $125.00. |

PROB 12A  
(SD/FL 10/01)   SD/FL PACTS No. 65330

U.S. Probation Officer Action:

    Ms. Gerraughty began her term of supervised release on July 23, 2001. On September 21, 2001, Ms. Gerraughty agreed to pay $25 per month towards her outstanding restitution. Ms. Gerraughty has made one payment in the amount of $25 to date. Ms. Gerraughty was not able to obtain full time employment upon her release from incarceration. She eventually found employment, however, she got pregnant in late September 2001. Ms. Gerraughty has had an extremely difficult pregnancy and she has been unable to maintain employment. As per documents from her doctor, she suffers from chronic kidney infections. She has been on bed rest since December 2001. Ms. Gerraughty supports herself by receiving $130 per month in food stamps and she receives her medical benefits from Medicade. Ms. Gerraughty was living with friends up until the week of April 17, 2002. However, she has recently experienced some very serious problems with her pregnancy and has decided to relocate to the Boston, Massachusetts area to reside with her mother. She will be courtesy supervised in Massachusetts until relocation of supervision is accepted on a permanent basis. Ms. Gerraughty will most likely give birth this month. She plans on returning to work after three months. Upon her return to work, Ms. Gerraughty will be required to pay monthly towards her outstanding restitution.

    If your Honor is in agreement with this officer's action, please affix your signature below.

Respectfully submitted,

by *[signature]*

Barbra Somoano  
U.S. Probation Officer  
Phone: 954-769-5576  
Date: April 17, 2002

 BJS

[✓]   Concur with action(s) taken by the U.S. Probation Officer  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision  
[ ]   Submit a Request for _ Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

4/24/02  
Date