UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00:CR06279-001



FILED by _____ D.C.
FEB 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs Shannon Gerraughty

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Shannon Gerraughty | Female | White | 26 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 3201 SW 59th Terrace, Davie, Florida 33314 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | February 16, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY,STATE) |
|---|
| Southern District of Florida, Ft. Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | FEB 28 2003 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| |

| NAME | (BY) | DATE |
|---|---|---|
| | | |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

SD/FL PACTS#: 65330

# Personal History of Absconder

| | |
|---|---|
| **TO:** | U.S. MARSHALLS, Warrant Supervisor |
| **FROM:** | SOMOANO, BARBRA J.<br>6100 HOLLYWOOD BOULEVARD, SUITE 501<br>HOLLYWOOD, FL 33024-7938<br>(954) 769-5576 |
| **RE:** | GERRAUGHTY, SHANNON M. |

**SEX:** F        **RACE:** WHITE
**DOB:** 2/27/1977   **POB:** BOSTON, MASSACHUSETTS
**HEIGHT:** 4'11    **WEIGHT:** 125
**EYES:** BROWN    **HAIR:** BROWN
**Aliases:** TINA JACOBY

**Complexion** (Scars, Tattoos, Deformities, other ID marks):
SCAR ON MIDDLE RIGHT FINGER; HEART TATTOO WITH THE LETTERS ES ON RIGHT ANKLE; TATTOO OF A CROSS ON RIGHT BREAST

**FBI:** 311480AB4   **SSN:** 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
**MRSH:** 66299-004  **INS:**
**FDLE:**
**Type of supervision:** TSR

**In custody now:** NO
**Drug use:** YES          **Drug:** COCAINE
**Mental Health:** NO       **Medications:**
**Last face-to-face contact (date):** 02/12/2003
**Does subject know warrant has been issued?:** NO

---

**CURRENT ADDRESS**
3201 SW 59 TERRACE, DAVIE, FL 33314

**Address history**
- 4321 S.W. 54TH AVENUE, DAVIE, FL 33314
- 8020 S. ARAGON BLVD., SUNRISE, FL 33322

2/21/2003

CURRENT PHONES

(954) 791-3231 (H)

**Phone history**

- (954) 791-1543 (H)
- (954) 746-7607 (H)
- (954) 792-2943 (H)
- (954) 797-2507 (H)
- (954) 689-7839 (H)

CURRENT EMPLOYMENTS

CURRENT VEHICLES

---

**Current offense:** FRAU

**Nature, place and date of last known arrest and next court appearance:**

Bank Fraud; West Palm Beach, FL; 9/08/2000

**Violent history:** NO

**Known co-defendants and associates and areas subject may frequent (names, aliases, addresses):**

**Known family and relatives(name, relation, address, phone no.):**

MOTHER - FRAN MITCHELL, 173 BAY STREET, APT. #2, TAUNTON, MA 02708; 508-880-0198

2/21/2003