PROB 12C
(SD/FL 9/96)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00:CR06279-001

## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: Shannon Gerraughty

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, United States District Court Judge, Southern District of Florida

Date of Original Sentence: February 16, 2001

Original Offense:   Bank Fraud, in violation of Title 18 U.S.C. §1344, a Class B felony.

Original Sentence:  One (1) year and one (1) day custody of the Bureau of Prisons, followed by three (3) years supervised release. The following special conditions were imposed: 1) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed; 2) the defendant shall maintain full time employment and not be unemployed for a term of more than 30 days; 3) the defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Officer; and 4) the defendant shall pay restitution in the amount of $11,958.63.

Type of Supervision: Supervised Release             Date Supervision Commenced: July 23, 2001

Assistant U.S. Attorney:                             Defense Attorney:
Roger Stefin                                         Lori Barrist, AFPD
500 E. Broward Boulevard, 7th Floor                  400 Australian Avenue, Suite 300
Fort Lauderdale, Florida 33394                       West Palm Beach, Florida 33401

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   Superseding Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1.                      **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 28, 2003, the supervised releasee, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; however, it was not confirmed positive by Pharm Chem Laboratories, Inc.

                    Furthermore, on January 31, 2003, the supervised releasee submitted a urine specimen that tested positive for the presence of cocaine in our local laboratory and subsequently confirmed positive by Pharm Chem Laboratories, Inc.

2.          **Violation of Mandatory Condition,** by failing to submit to drug testing. On or about December 12 and 16, 2002 and January 10, 2003, the supervised releasee failed to submit to drug testing as scheduled by the Code-A-Phone Drug Testing Program.

                    Furthermore, the supervised releasee failed to submit to a scheduled drug test on February 5, 2003.

3.          **Violation of Standard Condition,** by failing to refrain from excessive use of alcohol. On or about January 26, 2003, the supervised releasee admitted to drinking alcohol to excess as evidenced by her own admission.

4.          **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 7, 2004, the defendant was arrested by the Collier County Sheriff's Office and charged with two counts of Possession of Controlled Substance, to wit: a synthetic narcotic, contrary to Florida Statue 893.13-6a and one count of Possession of Narcotic Equipment or Paraphernalia, contrary to Florida Statue 893.147-1.

5.          **Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about July 7, 2004, the supervised releasee traveled to Collier County, Florida, without securing the permission of the probation officer or the court, as evidenced by her arrest by the Collier County Sheriff's Office for two counts of Possession of a Controlled Substance and Possession of Narcotic Equipment or Paraphernalia.

6.  **Violation of Standard Condition,** by failing to notify the probation office of a change in residence. On or about March 2003, the supervised releasee moved from her approved residence of 3201 SW 59th Terrace, Davie, Florida, and failed to notify the probation officer ten (10) days prior to the change in residence. The supervised releasee was an absconder from supervision from March 2003 until her arrest on July 7, 2004.

U.S. Probation Officer Recommendation:

[ ] The term of supervision should be
[X] revoked.
[ ] extended for _ years, for a total term of _ years.
[ ] The conditions of supervision should be modified as follows:

                                                Respectfully submitted,
                                       by
                                                _____
                                                Barbra Somoano
                                                U.S. Probation Officer
                                                Phone: 954-769-5576
                                                Date: July 21, 2004

THE COURT ORDERS:
[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[X] Superseding Petition Accepted

_____
Signature of Judicial Officer

_____
Date  July 29, 2004