# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 11/16/04   TIME: 10:00 AM

**DEFT.** SHANNON GERRAUGHTY (J)        **CASE NO.** 00-6279-CR-HURLEY/VITUNAC

**LANGUAGE:** ENGLISH                   **PRISONER NO:** 66299-004

**AUSA.** BRUCE REINHART                **ATTY.**

**AGENT.** USPO                         **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** INITIAL HEARING          **BOND.** NO BOND

*FILED by MAG. SEC. ___ D.C.*
*NOV 16 2004*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - W.P.B.*

**FUTURE DATES**

**DISPOSITION** Dft present & sworn; dft advised of rights; dft has not had an opportunity to contact her atty - Peter Patanzo

Report Re Counsel set: 11/18/04 @ 10:00 AM
BOND HEARING SET: 11/18/04 @ 10:00 AM

PRELIMINARY/FINAL PROBABLE CAUSE SET: 11/26/04 @ 10:00 AM

**DATE:** 11/16/04                      **TAPE:** LRJ-04-59-54