UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE # 00-6279-Cr-Hurley/Vitunac

VS.                             REPORT COMMENCING CRIMINAL ACTION

Greenaughty, Shannon ___ PRISONER # 66294-004

**************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE   (WEST PALM BEACH)   FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
**************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 11/15/04

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: VOP

4) U. S. CITIZEN  [X] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 2/27/77

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: S/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES   [ ] NO

7) AMOUNT OF BOND: _____  WHO SET BOND _____

8) ARRESTING AGENT: US Marshals   DATE: 11/15/04
                    (PRINT NAME)
9) AGENCY _____   PHONE: (561)655-1827