UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA
    Plaintiff,

vs.

SHANNON GEDRRAUGHTY,

    Defendant.
_____/



## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above entitled case is hereby RESET for a Preliminary/Final probable cause hearing re: revocation of supervised release on Monday, November 29, 2004 at 10:00 AM, before the Honorable Ann E. Vitunac, Chief United States Magistrate Judge, at United States District Court, 701 Clematis Street, West Palm Beach, Florida, Courtroom 2, Fourth Floor.

DATED: 11/17/04

                                            CLARENCE MADDOX, CLERK OF COURT

                                            Christina Klimenko, Deputy Clerk

Copies provided to:
Kerry Baron - AUSA
Peter Patanzo - Defense Counsel
US Probation Office
United States Marshals Service