UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON GERRAUGHTY,

    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

*Defendant stipulated to no bond.*

**DONE AND ORDERED** at West Palm Beach, Florida this _18th_ day of _November_, 20_04_.

TAPE NO: LRJ-04-59-1243/1710

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal