UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR- Hurley/Vitunac

**UNITED STATES OF AMERICA,**
　　　　Plaintiff,

v.

**SHANNON GERRAUGHTY**
　　　　Defendant.
_____/



## NOTICE OF APPEARANCE

**COMES NOW** *PETER T. PATANZO, ESQUIRE*, and *BENJAMIN & AARONSON, P.A.*, and hereby enters his appearance as counsel of record for the Defendant in the above-captioned case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail/hand delivery to the AUSA ROGER STEFIN, Office of the United States Attorney at 500 E. Broward Blvd., Fort Lauderdale, FL 33394, on this 17 day of November, 2004.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　[signature]
　　　　　　　　　　　　PETER T. PATANZO, ESQUIRE
　　　　　　　　　　　　*Benjamin & Aaronson, P.A.*
　　　　　　　　　　　　Florida Bar No: 174645
　　　　　　　　　　　　One Financial Plaza, Suite 1615
　　　　　　　　　　　　Ft. Lauderdale, Florida 33394
　　　　　　　　　　　　Telephone: (954) 779-1700
　　　　　　　　　　　　Facsimile: (954) 779-1771