# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 11/18/04   TIME: 10:00 AM

DEFT. SHANNON GERRAUGHTY (J)   CASE NO. 00-6279-CR-HURLEY/VITUNAC

LANGUAGE: ENGLISH   PRISONER NO: 66299-004

AUSA. BRUCE REINHART   ATTY. PETER PATANZO - Retained

AGENT. USPO   VIOL. SUPERVISED RELEASE VIOLATION

PROCEEDING REPORT RE COUNSEL/ BOND HEARING   BOND. NO BOND (GOV REQ)

FUTURE DATES *Probable Cause Hrg* - 11/29/04 @ 10:00 AM

DISPOSITION *Defendant stipulated to no bond.*

DATE: 11/18/04   TAPE: LRJ- 04-59-1243/1710

45