PROB 19a                                                              SD/FL PACTS No. 65330

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00:CR06279-001</u>

U.S.A. vs Shannon Gerraughty

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Shannon Gerraughty | Female | White | 26 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 3201 SW 59th Terrace, Davie, Florida 33314 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | February 16, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| Southern District of Florida, Ft. Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | FEB 28 2003 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 2/28/04 | DATE EXECUTED |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS West Palm Beach, FL |

| NAME Christina Pharo, US Marshal S/D Fl | (BY) Stephanie Perez, SDUSM | DATE 11/16/04 |
|---|---|---|

RECEIVED UNITED STATES MARSHAL 2003 FEB 28 PM 2:38 SOUTHERN DISTRICT OF FLORIDA W. PALM BCH. OFF.

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."