UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SHANNON GERRAUGHTY,
    Defendant.
-------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, December 22, 2004,** at **1:30 p.m.** in courtroom 11G at the Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___21st___ day of December, 2004.

**copy furnished:**
AUSA Roger Stefin
Peter T. Patanzo, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts