**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6279-CR-HURLEY**

**UNITED STATES OF AMERICA,**
　　**Plaintiff,**

v.

**SHANNON GERRAUGHTY,**
　　**Defendant.**
_____/

No further action required by the U.S. Marshals Service.

UNITED STATES MARSHAL

_____
SDUSM

**JUDGMENT & COMMITMENT ORDER UPON**
**REVOCATION OF SUPERVISED RELEASE**

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. On December 22, 2004, the court held a hearing and subsequently concluded that, after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons set forth on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoke** and the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served**.

2. Upon release from imprisonment, the defendant shall be placed on **supervised release for a term of 36 months**. While on supervised release, the defendant shall not commit another federal, state or local crime. The defendant shall be prohibited from possessing a firearm or other dangerous devices, and shall not possess a controlled substance. In addition, the defendant shall comply with the standard conditions of supervised release as recommended by the United States



Sentencing Commission. The conditions of supervision imposed on February 16, 2001, are reimposed with the following added conditions:

### ADDED CONDITIONS

1. The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of **more than 30 days** unless excused in writing by the United States Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the United States Probation Office.

2. The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the United States Probation Officer, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the United States Probation Office, based on ability to pay or availability of third party payment.

3. The defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Office.

4. The defendant shall submit to full medical disclosure as requested by the United States Probation Office and sign all medical waivers required for such disclosure.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of January, 2005.

copy furnished:
AUSA Kerry S. Baron
AUSA Roger Stefin
Peter T. Patanzo, Esq.
United States Probation Office
United States Marshal Service

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date: JAN 12 2005

Daniel T. K. Hurley
United States District Judge