PROB 12C
(SD/FL 9/96)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00:CR06279-001</u>

## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: Shannon Gerraughty

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, United States District Court Judge, Southern District of Florida

Date of Original Sentence: February 16, 2001

Original Offense: Bank Fraud, in violation of Title 18 U.S.C. §1344, a Class B felony.

Original Sentence: One (1) year and one (1) day custody of the Bureau of Prisons, followed by three (3) years supervised release. The following special conditions were imposed: 1) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed; 2) the defendant shall maintain full time employment and not be unemployed for a term of more than thirty (30) days; 3) the defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Officer; and 4) the defendant shall pay restitution in the amount of $11,958.63.

**December 22, 2004:** Supervised release was revoked. Sentenced to Credit for Time Served followed by three (3) years supervised release. The original special conditions were re-imposed and the additional special condition imposed was : 1) the defendant shall submit to full medical disclosure as required by the United States Probation Office and sign all medical waivers required for such disclosure.

Type of Supervision: Supervised Release        Date Supervision Commenced: July 23, 2001

Assistant U.S. Attorney:                       Defense Attorney:
Roger Stefin                                   Peter T. Patanzo, Esquire
500 E. Broward Boulevard, 7th Floor            One Financial Plaza, Suite 1615
Fort Lauderdale, Florida 33394                 Ft. Lauderdale, Florida 33394

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  
(SD/FL 9/96)                                              SD/FL PACTS No. 56330

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 14, 2005, the supervised releasee, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; however, it was not confirmed positive by Scientific Testing Laboratories, Inc., but was admitted to on a signed admission dated January 21, 2005.<br><br>Furthermore, on February 1, 3, 2005 and May 4, 2005, the supervised releasee submitted a urine specimen that tested positive for the presence of cocaine in our local laboratory and subsequently confirmed positive by Scientific Testing Laboratories, Inc. |
| 2. | **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about April 23, 2005, the defendant moved from her approved residence at the Broward Alcohol and Recovery Center located at 3275 NW 99 Way, Coral Springs, Florida. Her whereabouts were unknown until May 4, 2005. |
| 3. | **Violation of Special Condition,** by failing to participate in an approved treatment program. On or about April 23, 2005, the defendant was unsuccessfully discharged from the Broward Alcohol and Recovery Center after she left the residential program. |

U.S. Probation Officer Recommendation:

[ ]  The term of supervision should be  
[X]  revoked.  
[ ]  extended for _ years, for a total term of _ years.  
[ ]  The conditions of supervision should be modified as follows:

Respectfully submitted,

by Barbra Somoano  
U.S. Probation Officer  
Phone: 954-769-5576  
Date: May 19, 2005

THE COURT ORDERS:  
[ ]  No Action  
[ ]  The Issuance of a Warrant  
[✓]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer  
Date