# COURT MINUTES

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 06/20/2005    TIME: 10:00 AM

DEFT. SHANNON GARRAUGHTY ✓ (SURR)    CASE NO. 00-6279-Cr-Hurley/Vitunac

PRISONER#_____    LANGUAGE ENGLISH

AUSA. _Connor Morris_ / ROGER STEFIN    ATTY. _Robin Rosen-Evans, AFPD_ ✓

AGENT. BARBRA SOMOANO-PROBATION    VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE    BOND. _No Bond Recommended_

DISPOSITION _Conufail & Detention held_

Deft not present

Court orders Warrant Issued - Setting no bond

Deft present @ 10:20 am - Sworn /s/

Court set aside warrant

Violations read to deft & advised of her rights

Court questions deft, finds her indigent & appts AFPD

Govt. proffers evidence

Deft. ordered detained. Written order to follow

Prelim. and/or final hearing set for 7-27-05 @ 10 am before Judge Vitunac. Defense may file written motion regarding residential treatment.

DATE: 6-20-05    TAPE: AEV 05-31-1  (A. Pierce)