UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY\VITUNAC



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON GERRAUGHTY,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_Lori Barrist_
Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Phone: (561) 833-6288
Fax: (561) 833-0368
Email: *Lori_Barrist@FD.org*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 23rd day of June, 2005 to Assistant United States Attorney Roger Stefin, 500 East Broward Blvd, 7th Floor, Fort Lauderdale, Florida 33301.

*Lori Barrist*
Lori Barrist