UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY\VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

SHANNON GERRAUGHTY,

   Defendant.
_____/

## MOTION TO RESET FINAL VIOLATION HEARING

The defendant, Shannon Gerraughty, through counsel, asks that the court reset the defendant's evidentiary hearing scheduled for July 27, 2005 to June 29, 2005 or July 1, 2005, and in support says that the defendant just wishes to admit the violations, and proceed to sentencing before the district judge. Assistant United States Attorney Roger Stefin has no objection to resetting the hearing.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_Lori Barrist_
Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Phone: (561) 833-6288\Fax: (561) 833-0368
Email: *Lori_Barrist@FD.org*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 23rd day of June, 2005 to Assistant United States Attorney Roger Stefin, 500 East Broward Blvd, 7th Floor, Fort Lauderdale, Florida 33301 and United States Probation Officer Barbara Somano, Horizons One, 6100 Hollywood Blvd, Suite 501, Hollywood, Florida 33024.

_____
Lori Barrist