UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6279-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff,

VS.

**SHANNON GARRAUGHTY   (J)**

    Defendants.

### NOTICE OF HEARING

TYPE OF CASE:
( ) **CIVIL**          (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| | COURTROOM #108 (1st FLOOR) |
| | DATE AND TIME: |

TYPE OF PROCEEDING:

**PRELIMINARY AND/OR FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE**

(**XX**) TAKE NOTICE that the proceeding in this case has been **RESET** as indicated below:

| PLACE:<br>UNITED STATES COURTHOUSE<br>300 SOUTH SIXTH STREET<br>FT. PIERCE, FL. | DATE/TIME PREVIOUSLY SCHEDULED:<br><br>7-27-05 @ 10:00 AM | CONTINUED TO, DATE AND TIME:<br><br>**7-1-05 @ 10:00 AM** |
|---|---|---|

                                  ANN E. VITUNAC
                              CHIEF U.S. MAGISTRATE JUDGE

DATE: JUNE 27, 2005

                              (BY) DEPUTY CLERK

TO:    LORI BARRIST, AFPD
        UNITED STATES ATTORNEY (ROGER STEFIN)
        UNITED STATES MARSHAL
        UNITED STATES PROBATION (BARBRA SOMOANO)