# COURT MINUTES

FILED by ST D.C.
MAG. SEC.
JUL 1 - 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 07/01/2005   TIME: 10:00 AM

DEFT. SHANNON GARRAUGHTY (J)           CASE NO. 00-6279-Cr-Hurley/Vitunac

PRISONER# _____                     LANGUAGE ENGLISH

AUSA. _Janice LeBlanche_ ROGER STEFIN   ATTY. LORI BARRIST, AFPD

AGENT. BARBRA SOMOANO-PROBATION         VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING PRELIM. AND/OR FINAL HRNG. ON VIOL. OF SUPV. RELEASE   BOND. NO BOND (AEV)

DISPOSITION: final held

Deft present with counsel, admits to all violations

Defense files motion to release deft into CARP & states USPO opposes motion

R&R to follow

Sentencing to be set before Judge Hurley

Motion granted in open court

Deft to be taken from jail directly to CARP.

Defense counsel & USPO will work out who takes her.

DATE: 7-1-05           TAPE: AEV 05-43-2223