UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6279-CR-HURLEY\VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

SHANNON GERRAUGHTY,

   Defendant.
_____/



## MOTION FOR RELEASE TO CARP

The defendant, Shannon Gerraughty, asks that the court reconsider her request that she be released on bond to the CARP Program, and in support says:

1. The defendant is charged with violating her supervised release by testing positive for cocaine and leaving the Broward Alcohol and Recovery Center (BARC).

2. The defendant will admit the violations of her supervised release.

3. It appears that the defendant's cocaine problems resulted from her association with her ex-fiance, George Rivera, with whom she used to use drugs. Although they have two children together, the defendant is no longer involved with Rivera. Rivera is living with another woman in Broward County. The defendant's son is living with Rivera's mother in Hollywood, and her daughter is living with her brother out of state. A third child lives in Puerto Rico.

4. Though the defendant remained at the BARC program in Broward for only six weeks, she appeared to be doing well. She left the program due to conflicts with other residents. She began seeing another resident of the program who overdosed and died shortly after she left the program,



resulting in her most recent relapse. Until his death, she was attending daily NA meetings and working at Publix.

5. The defendant admits she has a drug problem and would like the structured program CARP offers. She is aware that she is required to attend the 60 day in patient program during which time she may not leave the facility, to be followed by the four month residential program.

6. Both the defendant's mother and aunt live in the Lantana area. Importantly, CARP is far removed from Broward County and the bad influences posed by her ex-fiance, who is now involved with another woman.

7. The defendant has committed no new criminal conduct, and faces a guideline sentence of 3 to 9 months. Her only violations concern her drug use, and should the defendant fail to abide by the regulations of the CARP program, the court could always revoke her bond.

8. Assistant United States Attorney Roger Stefin has deferred to United States Probation Officer Barbara Somano who opposes the defendant's release to CARP.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

*/s/ Lori Barrist*
Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Phone: (561) 833-6288\Fax: (561) 833-0368
Email: *Lori_Barrist@FD.org*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 1st day of July, 2005 to Assistant United States Attorney Roger Stefin, 500 East Broward Blvd, 7th Floor, Fort Lauderdale, Florida 33301 and United States Probation Officer Barbara Romano, Horizons One, 6100 Hollywood Blvd, Suite 501, Hollywood, Florida 33024.

_____
Lori Barrist