# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6279-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    **Plaintiff,**

vs.

SHANNON GARRAUGHTY,
    **Defendant.**

-------------------------------------------/

FILED by _____ D.C.

JUL 2 1 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND SETTING SENTENCING HEARING

**THIS CAUSE** come before the court upon report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. In accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, August 17, 2005, at 8:30 a.m.** in Courtroom 205C at the U.S. Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _20_ day of July, 2005.

**copy furnished:**
AUSA Roger H. Stefin
AFPD Lori E. Barrist
U.S. Probation Office
U.S. Marshal's Service

Daniel T. K. Hurley
United States District Judge