00-6279
DTKH



DEFENDANT DELIVERED ON: 10-4-2005
BY: X  (BOP BUS)  _____ (USM)
VOLUNTARILY SURRENDERED ON: N/A
TO FCC COLEMAN, COLEMAN FL 33521
BY: _____ FOR _____
INMATE SYSTEMS MANAGER